457 A.2d 131

Schmader, et al., Appellants v. Henry, et al.

Reargument Denied March 30, 1983.

Petition for Allowance of Appeal
Denied Sept. 9, 1983.

Argued June 17, 1982. John E. Quinn, for appellant; Richard W. Kooman, II, for appellees.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.

455 A.2d 208

Virgili, Appellant v. Barger.

Argued November 9, 1982. Louis M. Tarasi, Jr., for appellant; John C. Conti, for appellee.

Before CAVANAUGH, ROWLEY and MONTGOMERY, JJ.

Judgment affirmed.